UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60245-RS

DARNEL TAYLOR,

    Plaintiff,

v.

WASTE PRO OF FLORIDA, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation to District Judge [DE 27], in which United States Magistrate Judge Alicia O. Valle recommends granting the Parties' Joint Brief in Support of Approval of Settlement [DE 26]. The parties have not filed any objections. Thus, having reviewed the Magistrate Judge's Report and Recommendation and the record, it is hereby,

**ORDERED** that:

1. The Report and Recommendation [DE 27] is **AFFIRMED** and **ADOPTED**.

2. The Parties' Joint Brief in Support of Approval of Settlement [DE 26] is **GRANTED**.

3. The case is **DISMISSED with prejudice**.

4. The Court shall retain jurisdiction over this matter for sixty (60) days for the limited purpose of addressing any motions for attorneys' fees or costs.

5. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida on this 14th day of November, 2022.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**